# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stormes, Nita L. | Southern District of Cal. | 04/19/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Mag. Judge - Part-time | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
333 West Broadway
San Diego, CA 92101-8910

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Personal Trust (Assets are listed in Part VII in rows 27-96.) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 04/19/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Jones Day (Spouse's Law Firm) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 04/19/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stormes, Nita L.** | 04/19/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Chase Bank Account - 1 | A | Interest | K | T | Buy | 11/29/19 | J | | |
| 2.   Vanguard 500 Index Fund - 3 | A | Dividend | L | T | | | | | |
| 3.   Fidelity Magellan Fund (Fidelity Ultra) - 1 | A | Dividend | K | T | | | | | |
| 4.   Janus Mercury Fund (now Janus Research Fund) - 3 | A | Dividend | K | T | | | | | |
| 5.   Janus Worldwide Fund (now Global Researc Fund)- 3 | A | Dividend | J | T | | | | | |
| 6.   Fidelity Puritan Fund - 3 | A | Dividend | K | T | | | | | |
| 7.   Franklin Mutual Quest Fund - Z - 1 | A | Dividend | K | T | | | | | |
| 8.   Oakmark Fund - 3 | A | Dividend | K | T | | | | | |
| 9.   Scudder International Fund (now Deutsche CROCI International Fund) - 3 | A | Dividend | J | T | | | | | |
| 10.   Vanguard Index Fund (Fidelity Ultra) - 1 | A | Dividend | K | T | | | | | |
| 11.   Fidelity CA Muni Money Market (Fidelity Ultra) - 1 | A | Interest | J | T | | | | | |
| 12.   Federated Kaufman Fund R - 3 | A | Dividend | K | T | | | | | |
| 13.   California Bank & Trust - 1 Checking | A | Interest | J | T | | | | | |
| 14.   Vanguard CA Money Market Fund - 1 | A | Interest | O | T | | | | | |
| 15.   Vanguard 500 Index Fund - 1 | A | Dividend | N | T | Buy | 11/18/19 | N | | |
| 16.   E*Trade Tax-Exempt Cal. Fund - 1 | A | Interest | J | T | | | | | |
| 17.   San Diego County Credit Union Checking - 1 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stormes, Nita L.** | 04/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | San Diego County Credit Union Savings - 1 | A | Interest | J | T | | | | | |
| 19. | Apple - 1 | A | Dividend | L | T | | | | | |
| 20. | New Energy Technologies Inc (now SolarWindow Technologies) - 1 | A | Dividend | J | T | | | | | |
| 21. | Tesla Motors Inc - 1 | A | Dividend | K | T | | | | | |
| 22. | GNMA Fund Admiral Shares - 3 IRA | A | Int./Div. | N | T | | | | | |
| 23. | Wellington Fund Admiral - 3 IRA | A | Int./Div. | P1 | T | | | | | |
| 24. | 500 Index Fund Adm - 3 IRA | A | Int./Div. | P1 | T | | | | | |
| 25. | Vanguard Federal Money Market Fund - 3 IRA | A | Interest | P1 | T | | | | | |
| 26. | Jones Day 2020 Fund - 3 401 | A | Int./Div. | N | T | | | | | |
| 27. | UBS Bank - 2T | A | Interest | J | T | | | | | |
| 28. | Angel Oak Multi Strategy Inc. Fund Class C - 2T | A | Dividend | L | T | | | | | |
| 29. | Oppenheimer Senior Floating Rate Fund Class C - 2T | A | Dividend | L | T | | | | | |
| 30. | Accenture PLC - 2T | A | Dividend | J | T | | | | | |
| 31. | Amer. Electric Power Co. | A | Dividend | J | T | Buy | 11/14/19 | J | | |
| 32. | Apple Inc. - 2T | A | Dividend | M | T | | | | | |
| 33. | Blackrock Inc. - 2T | A | Dividend | J | T | | | | | |
| 34. | Chevron Corp. - 2T | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 04/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Chubb Ltd - 2T | A | Dividend | J | T | | | | | |
| 36. Coca Cola Co Com - 2T | A | Dividend | J | T | | | | | |
| 37. Comcast Corp New - 2T | A | Dividend | J | T | | | | | |
| 38. Crane Co - 2T | A | Dividend | J | T | | | | | |
| 39. Diageo PLC - 2T | A | Dividend | J | T | | | | | |
| 40. Home Depot Inc - 2T | A | Dividend | J | T | | | | | |
| 41. Intel - 2T | A | Dividend | K | T | | | | | |
| 42. Johnson & Johnson Com - 2T | A | Dividend | J | T | | | | | |
| 43. JPMorgan Chase & Co - 2T | A | Dividend | J | T | | | | | |
| 44. Invesco LTD - 2T | A | Dividend | | | Sold | 01/01/19 | J | A | |
| 45. Linde PLC - 2T | A | Dividend | J | T | | | | | |
| 46. Lockheed Martin Corp - 2T | A | Dividend | J | T | | | | | |
| 47. Marsh & McLennan Cos Inc - 2T | A | Dividend | J | T | | | | | |
| 48. McDonalds Corp - 2T | A | Dividend | J | T | | | | | |
| 49. Medtronic - 2T | A | Dividend | J | T | | | | | |
| 50. Microsoft Corp. - 2T | A | Dividend | K | T | | | | | |
| 51. Nextera Energy - 2T | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stormes, Nita L.** | 04/19/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Novartis - 2T | A | Dividend | J | T | | | | | |
| 53. Proctor & Gamble Co. - 2T | A | Dividend | J | T | Buy | 11/14/19 | J | | |
| 54. Qualcomm - 2T | A | Dividend | K | T | | | | | |
| 55. Republic Services Inc. - 2T | A | Dividend | J | T | | | | | |
| 56. Rockwell Automatic Inc - 2T | A | Dividend | J | T | | | | | |
| 57. Suncor Energy Inc. - 2T | A | Dividend | J | T | | | | | |
| 58. Suntrust Banks Inc. - 2T | A | Dividend | | | Sold | 12/01/19 | J | | |
| 59. Texas Instruments 2T | A | Dividend | K | T | | | | | |
| 60. Truist Finl Corp - 2T | A | Dividend | J | T | Buy | 01/01/19 | J | | |
| 61. Union Pacific Corp. - 2T | A | Dividend | J | T | | | | | |
| 62. UNTD Technologies Corp - 2T | A | Dividend | J | T | | | | | |
| 63. VF Corp - 2T | A | Dividend | J | T | | | | | |
| 64. Invesco S&P 500 Equal Weight - 2T | A | Dividend | | | Sold | 09/18/19 | L | | |
| 65. Ishares Core S&P Small-Cap - 2T | A | Dividend | L | T | | | | | |
| 66. Ishares Core MSCI - 2T | A | Dividend | K | T | | | | | |
| 67. SPDR S&P 500 ETF - 2T | A | Dividend | L | T | | | | | |
| 68. Vanguard S&P 500 ETF - 2T | A | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stormes, Nita L.** | 04/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Janus Henderson Small Cap - 2T | A | Dividend | K | T | | | | | |
| 70. | JP Morgan Large Cap Growth Fund - 2T | A | Dividend | K | T | Buy | 08/10/19 | K | | |
| 71. | MFS Value Fund Class 1 - 2T | A | Dividend | K | T | Buy | 08/01/19 | K | | |
| 72. | Natixis Oakmark International Fund - 2T | A | Dividend | K | T | | | | | |
| 73. | Principal Sm-MD CP Div - 2T | A | Dividend | L | T | | | | | |
| 74. | California St Pub Wks - 2T | A | Interest | K | T | | | | | |
| 75. | California General Obligation Bond - 2T | A | Interest | K | T | | | | | |
| 76. | California St Pub Wks - 2T | A | Interest | K | T | | | | | |
| 77. | California St Pub Wks - 2T | A | Interest | K | T | | | | | |
| 78. | California St Pub Wks - 2T | A | Interest | K | T | | | | | |
| 79. | Southern CA Pub Pwr - 2T | A | Interest | K | T | | | | | |
| 80. | Cajon Valley CA Un Sc - 2T | A | Interest | K | T | | | | | |
| 81. | California St Pub Wks - 2T | A | Interest | K | T | | | | | |
| 82. | California General Obligation Bond - 2T | A | Interest | K | T | | | | | |
| 83. | Turlock CA Irr Dist - 2T | A | Interest | K | T | | | | | |
| 84. | California St Pub Wks - 2T | A | Interest | K | T | Buy | 09/25/19 | K | | |
| 85. | California ST Pub Wks - 2T | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 04/19/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. California General Obligation Bond - 2T | A | Interest | K | T | | | | | |
| 87. Rio CA Elem Sch - 2T | A | Interest | K | T | | | | | |
| 88. Del Norte Cnty CA Uni Sc Build - 2T | A | Interest | K | T | Buy | 09/25/19 | K | | |
| 89. Standard CA SCH - 2T | A | Interest | K | T | | | | | |
| 90. California St Var Purp - 2T | A | Interest | K | T | Buy | 09/25/19 | K | | |
| 91. Univ CA SR - 2T | A | Interest | K | T | Buy | 09/25/19 | K | | |
| 92. Southern CA Pub Pwr - 2T | A | Interest | K | T | | | | | |
| 93. California St For Previo - 2T | A | Interest | K | T | Buy | 09/25/19 | K | | |
| 94. Imperial CA Irr Dist - 2T | A | Interest | K | T | | | | | |
| 95. Pioneer Strategic Income Fund - 2T | A | Interest | | | Sold | 01/01/19 | K | | |
| 96. US Treasury Bill - 2T | A | Interest | M | T | Buy | 07/10/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stormes, Nita L.** | 04/19/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.  Positions - All assets in the Personal Trust are listed in Part VII in rows 27-96.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nita L. Stormes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544